UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| **CHERYL BREWER SOUTHWORTH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 2:05-CV-00071-JCH |
| | ) | |
| **MISSOURI DEPARTMENT OF** | ) | |
| **CORRECTIONS and CORRECTIONAL** | ) | |
| **MEDICAL SERVICES,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER OF PARTIAL DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that, as to defendant Missouri Department of Corrections, plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

Dated this 2nd day of Noovember, 2005.

/s/ Jean C. Hamilton
**UNITED STATES DISTRICT JUDGE**