UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| CHERYL BREWER SOUTHWORTH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:05-CV-00071-JCH |
| | ) |
| MISSOURI DEPARTMENT OF | ) |
| CORRECTIONS and CORRECTIONAL | ) |
| MEDICAL SERVICES, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF PARTIAL DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that, as to defendant Missouri Department of Corrections, plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

Dated this 2nd day of Noovember, 2005.

/s/ Jean C. Hamilton
**UNITED STATES DISTRICT JUDGE**

PDF created with FinePrint pdfFactory trial version www.pdffactory.com